FILED
JAMES J. VILT, JR. - CLERK

MAR 15 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**TARA K. THOMAS**

INDICTMENT

NO. 1:23-CR-16-GNS

18 U.S.C. § 876(c)
18 U.S.C. § 2261A(2)(B)

The Grand Jury charges:

## COUNT 1
*(Stalking)*

On or about and between September 21, 2021 and January 30, 2023, in the Western District of Kentucky, Warren County, Kentucky, Monroe County, Kentucky and elsewhere, **TARA K. THOMAS**, defendant herein, with the intent to injure, harass, or intimidate another person, whose identity is known to the Grand Jury, used the mail and any interactive computer service or electronic communication service or electronic communications system of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to the person by sending Facebook messages to the person which contained threatening communications on September 21, 2021, sending and causing to be sent envelopes and letters which contained communications to the person through the United States Mail that were received on or about January 17, 2023, sending and causing to be sent envelopes and letters which contained threatening communications to the person through the United States Mail that were received on or about January 27 and 30, 2023.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

The Grand Jury further charges:

## COUNT 2
*(Mailing Threatening Communications)*

On or about January 27, 2023, in the Western District of Kentucky, Warren County, Kentucky, **TARA K. THOMAS**, defendant herein, did knowingly cause to be delivered by the Postal Service, a communication addressed to another person, whose identity is known to the Grand Jury, at a particular address in Bowling Green, Kentucky, containing a threat to injure the person.

All in violation of Title 18, United States Code, Section 876(c).

The Grand Jury further charges:

## COUNT 3
*(Mailing Threatening Communications)*

On or about January 30, 2023, in the Western District of Kentucky, Warren County, Kentucky, **TARA K. THOMAS**, defendant herein, did knowingly cause to be delivered by the Postal Service, a communication addressed to another person, whose identity is known to the Grand Jury, at a particular address in Bowling Green, Kentucky, containing a threat to injure the person.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.

REDACTED

FOREPERSON

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:RDM

UNITED STATES OF AMERICA v. TARA K. THOMAS

## PENALTIES

Counts 1-3:        NM  5 yrs/$250,000/both/NM 1 year Supervised Release (each count)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: |  | Felony: |  |
|---|---|---|---|---|
|  | $ 25 per count/individual | | | $100 per count/individual |
|  | $125 per count/other | | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:       Clerk, U.S. District Court
                  106 Gene Snyder U.S. Courthouse
                  601 West Broadway
                  Louisville, KY  40202
                  502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
                  120 Federal Building
                  241 East Main Street
                  Bowling Green, KY  42101
                  270/393-2500

OWENSBORO:        Clerk, U.S. District Court
                  126 Federal Building
                  423 Frederica
                  Owensboro, KY  42301
                  270/689-4400

PADUCAH:          Clerk, U.S. District Court
                  127 Federal Building
                  501 Broadway
                  Paducah, KY  42001
                  270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.